FILED
January 18, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:        DT
                Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LILIANNA SALAICES, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § | **SEALED** <br> **Case No: EP:23-CR-00109-DCG** <br> **INDICTMENT** <br><br> **CT 1:** 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute; <br> **CT 2:** 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute; <br> **CT 3:** 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute; and <br> **CT 4:** 18:371 & 554-Conspiracy to Smuggle Goods from the United States |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(21 U.S.C. §§ 846, 841(a)(1), & 841(b)(1)(A)(viii))

From on or about January 1, 2019, and continuing through and including on or about July 31, 2022, in the Western District of Texas, the Republic of Mexico, and elsewhere Defendant,

**LILIANNA SALAICES**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit an offense against the United States, in violation of Title 21, United States Code, Section 846, that is to say, the Defendant conspired to possess a controlled substance, which offense involved methamphetamine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Section 841(a)(1) and the quantity of methamphetamine involved in the conspiracy and attributable to Defendant as a result of Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to Defendant is 500 grams or more of a mixture or

Rev. 2018-04-30

substance containing a detectable amount of methamphetamine, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT TWO
(21 U.S.C. §§ 846, 841(a)(1), & 841(b)(1)(A)(vi))

From on or about January 1, 2019 and continuing through and including on or about July 31, 2022, in the Western District of Texas, the Republic of Mexico, and elsewhere Defendant,

**LILIANNA SALAICES**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (otherwise known as fentanyl), a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Section 841(a)(1) and the quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (otherwise known as fentanyl) involved in the conspiracy and attributable to Defendant as a result of Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to Defendant is 400 grams or more of a mixture or substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (otherwise known as fentanyl), all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(vi).

## COUNT THREE
(21 U.S.C. §§ 846 & 841(a)(1))

From on or about January 1, 2019, and continuing through and including on or about July 31, 2022, in the Western District of Texas, the Republic of Mexico, and elsewhere Defendant,

**LILIANNA SALAICES,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed, with others to the Grand Jury known and unknown, to commit offenses against the United States, in

violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved cocaine, a Schedule II Controlled Substance, with intent to distribute same, in violation of Title 21, United States Code, Sections 841(a)(1) and the quantity of the mixture or substance containing cocaine involved in the conspiracy and attributable to Defendant as a result of Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to Defendant is 5 kilograms or more, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(ii).

## COUNT FOUR
## (18 U.S.C. §§ 371 & 554)

## INTRODUCTION

**At all times relevant to this Indictment:**

1. Prior to March 2, 2020, the U.S. Munitions List (USML), located at Title 22, Code of Federal Regulations, Section 121.1., detailed articles, services and related technical data designated as defense articles or defense services pursuant to sections 38 and 47(7) of the Arms Export and Control Act.

2. Firearms were designated as defense articles described in Category 1(a) of the USML.

3. According to Title 22, United States Code, Section 2778, no firearms, may be exported out of or imported into the United States without a license for such export or import.

4. Exportation of firearms to Mexico requires a license.

5. Effective March 2, 2020, the Commerce Control List ("CCL"), located at Title 15, Code of Federal Regulations, Section 774, details commodities, software, and technology subject to control by the United States Department of Commerce, Bureau of Industry and Security pursuant to the Export Control Reform Act, Title 50, United States Code, Chapter 58.

6. The CCL is part of the Export Administration Regulations ("EAR"), located at Title 15, Code of Federal Regulations, Section 730 et seq.

7. Firearms are designated as controlled items in Section 774, Appendix Supplement Number 1 of the CCL.

8. According to Title 15, Code of Federal Regulations, Section 736.2, a person may not export an item subject to the EAR to another country if exporting that item to that country requires a license.

9. Defendant, **LILIANNA SALAICES,** did not have a license, licenses or any authority to export out of or import into the United States firearms.

That beginning on or about May 1, 2019, and continuing through and including on or about January 1, 2020, in the Western District of Texas, and elsewhere, defendant,

**LILIANNA SALAICES,**

did knowingly and willfully combine, conspire, confederate and agree with others known and unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 18, United States Code, 371, that is, they conspired to:

1. knowingly and willfully export and send and attempt to export and send a firearm from the United States, contrary to Title 22, United States Code, Section 2778 and Tile 22, Code of Federal Regulations, Section 121.1, a law and regulation of the United States, in violation of Title 18, United States Code, Section 554; and

2. knowingly and willfully receive, buy, conceal, and facilitate the transportation and concealment of a firearm prior to exportation, knowing the same to be intended for exportation from the United States, contrary to Title 22, United States Code, Section 2778 and Title 22, Code of Federal Regulations, Section 121.1, a law or regulation of the United States, in violation of Title 18, United States Code, Section 554;

All done in violation of Title18, United States Code, Sections 371 and 554.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objective of the conspiracy, the defendant and his co-conspirators, committed and caused to be committed the following overt acts in the Western District of Texas and elsewhere:

1. During the time of the conspiracy, **LILIANNA SALAICES**, would send orders for firearms to other members of the conspiracy;

2. The orders typically consisted of 9mm pistols, AR-15 type firearms, AK Type firearms,

grenades, grenade launchers, M2 .50 caliber, and M249 type firearms;

3. Other members of the conspiracy would purchase firearms in the United States as ordered by **LILIANNA SALAICES**;

4. Those firearms would then be smuggled into Mexico and delivered to **LILIANNA SALAICES**, or other members of her family.

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
     Assistant United States Attorney

Rev. 2018-04-30